IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES E. JONES,

      Plaintiff,                             No. CIV S-08-3121 GEB EFB P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.                   ORDER TO SHOW CAUSE

                                  /

      Plaintiff appears to be a former state prisoner, proceeding pro se, who seeks relief pursuant to 42 U.S.C. § 1983.

      Plaintiff alleges that while in prison, he was subjected to overcrowded conditions, causing him to contract a stomach virus and the flu. Plaintiff claims the overcrowding also resulted in him not receiving medical care for injuries he sustained as a result of being placed in "flexy cuffs" for four to five hours. Plaintiff only seeks injunctive relief to alleviate the overcrowded conditions at High Desert State Prison. It appears that plaintiff was released from custody on or around July 26, 2010. *See* Dckt. No. 13. Therefore, this action may be moot.

      Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, plaintiff shall show cause why this action should not be dismissed as moot.

DATED: August 12, 2010.

*[signature: Edmund F. Brennan]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE